

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00097-CV

Sharyn **DACBERT,**
Appellant/Cross-Appellee

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer,
Appellees/Cross-Appellants

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

# O R D E R

The Motion to Extend Time for Filing Appellees'/Cross-Appellants' Brief is hereby GRANTED. The appellees'/cross-appellants' brief is due on or before August 8, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court